**UNITED STATES of America,
Plaintiff–Appellant,**

v.

**Raymond P. NOVAK, Defendant–
Appellee.**

**No. 04–55838.**

United States Court of Appeals,
Ninth Circuit.

Aug. 1, 2006.

Brent A. Whittlesey, Esq., Office of the U.S. Attorney Civil & Tax Divisions, Los Angeles, CA, for Plaintiff–Appellant.

Martin S. Bakst, Encino, CA, for Defendant–Appellee.

Before MARY M. SCHROEDER, Chief Judge.

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court,[1] it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth

---

1. Judge Fisher is recused.

Circuit, except to the extent adopted by the en banc court.